# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                    Case Number: 2:99-cr-12-FtM-29SPC

DONNA KRISTINE LANIGAN

USM Number: 33005-018

Martin DerOvanesian, FPD
1514 Broadway
Fort Myers, FL. 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four & Five of the Superceding Petition of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Association with a person convicted of a felony in violation of Condition 9 of the Standard Conditions of Supervision. | June 28, 2007 |
| Two | Failure to follow the instructions of the probation officer in violation of Condition 3 of the Standard Conditions of Supervision | July 2, 2007 |
| Three | Failure to work regularly at a lawful occupation in violation of Condition 5 of the Standard Conditions of Supervision | July 2007 |
| Four | Failure to follow the instructions of the probation officer in violation Condition 3 of the Standard Conditions of Supervision | July 23, 2007 |
| Five | Association with a person engaged in criminal activity in violation of Condition 9 of the Standard Conditions of Supervision. | July 27, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Charge Number Six is dismissed on motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

1/11/2008

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

January __11__, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Five (5) Months**.

The Defendant shall surrender to the United States Marshal for this district on **January 14, 2008 at 12:00 P.M.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED